UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WORLD MARKET CENTER VENTURE, LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> ELLEN STRICKLAND, an individual, and E.B. DESIGN WORKS & CO., INC., a Washington corporation, <br><br> Defendants. <br>_____<br> ELLEN STRICKLAND, an individual, and E.B. DESIGN WORKS & CO., INC., a Washington corporation, <br><br> Counter-Plaintiffs, <br><br> vs. <br><br> WORLD MARKET CENTER VENTURE, LLC, a Nevada Limited Liability Company, <br><br> Counter-Defendant. <br>_____ | Case No. 2:08-cv-0968-RLH-RJJ <br><br> **O R D E R** <br>(Motion to Reconsider–#104) |

Before the Court is Plaintiff World Market Center Venture, LLC's **Motion for Reconsideration of Order Denying Permission to Practice Pro Hac Vice; and in the Alternative, Motion for Clarification of Order** (#104).

Counsel represents that the wrong list of appearances was attached to the original application, when in fact there have been no appearances which qualify under Paragraph 9. Because

1

1  the Court's basis for denying the original application was exclusively the provisions of provisions of
2  the Local Rule, the Court reconsiders its prior denial and will grant permission for Mr. Gulla to
3  practice in this case.
4  Because that was the basis for the Court's prior decision, there is no need for
5  clarification. Moreover, the Court finds there are insufficient "special circumstances or good cause"
6  to permit him to practice had the list been accurate. There are a number of qualified attorneys in
7  this District who are proficient in the law regarding intellectual property. But the Court's denial was
8  based on an error by local counsel and the Court will grant permission to practice in this case.
9  IT IS THEREFORE ORDERED that Plaintiff's **Motion for Reconsideration of**
10 **Order Denying Permission to Practice Pro Hac Vice** is GRANTED and the Court has dated and
11 signed the Petition attached as Exhibit A. It is directed that the Exhibit A, with the Court's
12 approval, shall be extracted from this Motion and filed separately.
13 IT IS FURTHER ORDERED that the Motion for Clarification is denied as moot.
14 Dated: January 10, 2011.

_____
Roger L. Hunt
Chief United States District Judge