# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WORLD MARKET CENTER VENTURE, LLC, a Nevada limited liability company,<br><br>     Plaintiff,<br><br>  vs.<br><br>ELLEN STRICKLAND, an individual, and E.B. DESIGN WORKS 7 CO., INC., a Washington corporation,<br><br>     Defendants.<br><br>ELLEN STRICKLAND, an individual, and E.B. DESIGN WORKS 7 CO., INC., a Washington corporation,<br><br>     Counter-Plaintiffs,<br><br>  vs.<br><br>WORLD MARKET CENTER VENTURE, LLC, a Nevada limited liability company,<br><br>     Counter-Defendant. | Case No.: 2:08-cv-00968-RLH-RJJ<br><br>**O R D E R**<br><br>(Motion to Strike–#126) |

1

AO 72
(Rev. 8/82)

Before the Court is Defendants/Counter-Plaintiffs Ellen Strickland and E.B. Designworks & Co., Inc.'s **Motion to Strike** (#126), filed February 4, 2011. Defendants ask the Court to strike Plaintiff World Market Center Venture, LLC's Replies (Dkt. ##120, 123) because they were filed after the two-week time period set out in old Federal Rule of Civil Procedure 56( c)(1)( c), which was superseded as of December 1, 2010. Defendants timely filed their Responses (Dkt. ##111, 113) on January 14, 2011. Therefore, the two week rule would have required Plaintiff to reply by January 28, 2011. Plaintiff's filing on February 3 was, therefore, almost one week late. However, the Court finds that this delay was not prejudicial to Defendants and therefore denies Defendants' motion.

Further, Defendants alternatively request the opportunity to file sur-reply briefs to address new issues and evidence that Plaintiff proffers in its Replies (Dkt. ##120, 123). However, the Court determines that in lieu of allowing sur-reply briefing, it will simply not consider any new issues or evidence that Plaintiff presented improperly in its Replies (Dkt. ##120, 123). *See JG v. Douglas Cty. Sch. Dist.*, 552 F.3d 786, 803 n.14 (9th Cir. 2008) (holding that rather than granting a party a chance to file a sur-reply, a district court may simply not consider the newly proffered material.)

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Defendants Motion to Strike is DENIED.

Dated: February 7, 2011.

_____
ROGER L. HUNT
Chief United States District Judge