UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WORLD MARKET CENTER VENTURE, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ELLEN STRICKLAND, an individual, and E.B. DESIGN WORKS & CO., INC., a Washington corporation,<br><br>Defendants. | Case No.: 2:08-cv-00968-RLH-RJJ<br><br>**PERMANENT INJUNCTION ON CONSENT** |
| ELLEN STRICKLAND, an individual, and E.B. DESIGN WORKS & CO., INC., a Washington corporation,<br><br>Counter-Plaintiffs,<br><br>vs.<br><br>WORLD MARKET CENTER VENTURE, LLC, a Nevada Limited Liability Company,<br><br>Counter-Defendant. | |

WHEREAS, this action was commenced on July 25, 2008, by the filing of a complaint for a declaratory judgment by World Market Center Venture, LLC ("WMCV");

1  WHEREAS, on August 21, 2008, Ellen Strickland and E.B. Design Works & Co., Inc. (collectively, "Strickland") filed an answer and counterclaims for trademark infringement and related claims;

WHEREAS, WMCV and Strickland ("the Parties") have reached a resolution of their disputes and now wish to settle this action, with no admission of liability by any party; and

WHEREAS, as part of this settlement, the Parties are entering into a settlement agreement and agree to entry of a permanent injunction and to orders as set forth herein;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has continuing jurisdiction over the Parties and the subject matter of this action, including jurisdiction to enforce this permanent injunction, the settlement agreement between the Parties, and the protective order entered in this action on September 24, 2009.

2. WMCV and each of its managers, officers, agents, servants, representatives, affiliates, and employees, and all persons acting in concert or participating with them, or acting at their direction or control, will immediately and permanently cease all use of "livingreen" or "Living Green" or any mark that creates a likelihood of confusion, mistake or deception with respect to "livingreen" as a trademark in connection with any sales, marketing, promotion, advertising, distribution, and/or manufacture of any services or goods, including but not limited to use as an adword or similar search term as utilized by any internet search engine or application.

Dated: March 8, 2011.

_____
ROGER L. HUNT
United States District Judge

**CERTIFICATE OF SERVICE**

On February 23, 2011, I electronically filed the foregoing document through the CM/ECF system, which will send a notice of electronic filing to:

| | |
|---|---|
| Mark G. Tratos | tratosm@gtlaw.com |
| Ronald D. Green | greenro@gtlaw.com |
| Tyler Andrews | andrewst@gtlaw.com |
| Christopher R. Miltenberger | crm@pisanellibice.com |
| Kara B. Hendricks | hendricksk@gtlaw.com |
| Laraine M.I. Burrell | burrelll@gtlaw.com |
| Lucas M. Gjovig | lmgjovig@duanemorris.com |
| Kenneth K. Dort | kdort@mcguirewoods.com |
| Michael J. McCue | mmccue@lrlaw.com |
| Jeremiah J. Posedel | jposedel@mcguirewoods.com |
| Laura A. Lange | llange@mcguirewoods.com |

/s/ Leslie M. Werlin
Leslie M. Werlin

28658688.1