1  DOMINICA C. ANDERSON (SBN 2988)
   LUCAS M. GJOVIG (SBN 10053)
2  **DUANE MORRIS LLP**
   100 North City Parkway, Suite 1560
3  Las Vegas, NV  89106
   Telephone: 702.868.2600
4  Facsimile:  702.385.6862
   E-Mail:  dcanderson@duanemorris.com
5          lmgjovig@duanemorris.com

6  GREGORY P. GULIA (NY SBN 2562916)
   *Admitted Pro Hac Vice*
7  VANESSA C. HEW (NY SBN 4093175)
   *Admitted Pro Hac Vice*
8  **DUANE MORRIS LLP**
   1540 Broadway
9  New York, NY  10036
   Telephone: 212.692.1000
10 Facsimile: 212.692.1020
   E-Mail:   gpgulia@duanemorris.com
11           vchew@duanemorris.com

12 Attorneys for Plaintiff/Counter-Defendant

13
                    **UNITED STATES DISTRICT COURT**
14
                         **DISTRICT OF NEVADA**
15

16 | WORLD MARKET CENTER VENTURE, LLC, a | Case No.:  2:08-cv-00968-RLH-RJJ |
   | Nevada Limited Liability Company, | |

17 |                     Plaintiff, | **STIPULATION AND ORDER TO** |
   | | **DISMISS COMPLAINT AND** |
18 |              vs. | **COUNTERCLAIM WITH** |
   | | **PREJUDICE** |
19 | ELLEN STRICKLAND, an individual, and E.B. | |
   | DESIGN WORKS & CO., INC., a Washington | |
20 | corporation, | |

21 |                   Defendants. | |

22 | ELLEN STRICKLAND, an individual, and E.B. | |
   | DESIGN WORKS & CO., INC., a Washington | |
23 | corporation, | |

24 |              Counter-Plaintiffs, | |

25 |           vs. | |

26 | WORLD MARKET CENTER VENTURE, LLC, a | |
   | Nevada Limited Liability Company, | |
27

28 |                Counter-Defendant. | |

DM2\2764937.1 F6078/00002

Plaintiff/Counter-Defendant World Market Center Venture, LLC ("WMCV") and Defendants/Counter-Plaintiffs Ellen Strickland and E.B. Designworks & Co., Inc. (collectively "Strickland"), hereby stipulate and agree that WMCV's Complaint and Strickland's Counterclaims are dismissed, with prejudice and without costs as to either party against the other except as set forth in parties' March 4, 2011 settlement agreement ("the Agreement").  Notwithstanding this dismissal, the Court retains jurisdiction of this action and the parties as set forth in the Permanent Injunction on Consent, filed in this action as Docket Number 155 and as set forth in the Agreement.


DATED: March 17, 2011                    DATED: March 17, 2011




By:  _/s/ Lucas M. Gjovig_____        By:  _/s/ Leslie Werlin_____
       Greg Gulia (Admitted *pro hac vice*)          Leslie Werlin (Admitted *pro hac vice*)
       Lucas M. Gjovig (SBN 10053)                  Tracy Moyer (Admitted *pro hac vice*)
       DUANE MORRIS LLP                            McGUIREWOODS LLP

Attorneys for Plaintiff/Counter-Defendant            Michael McCue (SBN 6055)
                                                     LEWIS & ROCA LLP


                                                     Attorneys for Defendants/Counter-Plaintiffs




       **IT IS SO ORDERED:**

       _____
       UNITED STATES DISTRICT JUDGE

       DATED: _____March 17, 2011_____